FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> CARLOS MANUEL MARQUEZ-PIERCE, <br><br> Defendant. | No. 2:19-CR-0108-WFN-1 <br><br> Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband |

Pending before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband. ECF No. 23. The parties have stipulated to review procedures for child pornography contraband. The Court enters this Stipulation and **ORDERS** that:

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed August 8, 2019, **ECF No. 23**, is **GRANTED**.

2. The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this Stipulation and Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. The defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 15th day of August, 2019.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

08-13-19-2

ORDER - 1